1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN MARCOS-CHAVELA,

                     Plaintiff,

     v.

LINDSEY GRAHAM, *et al.*,

                    Defendants.

Case No. C22-1035-RAJ

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

      Plaintiff Susan Marcos-Chavela has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

      The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Richard A. Jones.

      Dated this 1st day of August, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1